TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00434-CR

Gilbert Longoria, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT

NO. 8198, HONORABLE NORMAN D. LANFORD, JUDGE PRESIDING

PER CURIAM

 The district court found appellant guilty of aggravated sexual assault. The court
assessed punishment at imprisonment for twelve years.

 The statement of facts does not contain the punishment hearing. On April 17,
1996, appellant's motion to supplement the record was filed asking until May 27 to tender the
remainder of the statement of facts. No supplemental statement of facts has been received. The
Clerk has been advised by the court reporter that the supplemental volume is complete but has not
been delivered to counsel because payment has not been made.

 The transcript contains an affidavit of indigence and request for a free record on
appeal, but there is no indication that the request was brought to the attention of the district court. 
Apparently, appellant paid for that portion of the statement of facts now on file. Appellant is
represented by retained counsel.

 A motion to dismiss the appeal has been filed in which counsel states that he "has
reviewed the transcript and statement of facts and has determined that their [sic] are no
meritorious points of error to be raised." The motion is not signed by appellant. Tex. R. App.
P. 59(b). Counsel has also filed a motion to withdraw stating that appellant has not "fulfill[ed]
his financial agreement" and repeating that counsel believes there are no meritorious points of
error. 

 We conclude that appellant has not been deprived of a complete statement of facts
due to ineffective assistance of counsel, and that appellant has failed to make necessary
arrangements for filing a brief. Tex. R. App. P. 53(m) and 74(l). We have examined the record
and find no fundamental error or other matter that should be considered in the interest of justice.

 All pending motions are dismissed. The judgment of conviction is affirmed.

Before Justices Powers, Jones and B. A. Smith

Affirmed

Filed: June 12, 1996

Do Not Publish